# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

85-3790

Jerome Wilson, #301416

**Plaintiff(s)**

vs.

Inmate Grievance Office

**Defendant(s)**

FILED ENTERED
LODGED RECEIVED

SEP 10 2007
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

*******

RWT 06-066

Civil No.: 13-C-07-069551
Criminal No:

FILED ENTERED
LODGED RECEIVED

SEP 18 2007
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR COPY WORK AT THE EXPENSE OF THE UNITED STATES

I request copies of the documents listed below at the expense of the United States. (Describe documents by case number, title, date, and any other information that may help locate them.)

Docket Entry and Consent Decree in the case of: Melvin Abdullah El-Amin, et al V. Joseph Henneberry; Civil No. PN-85-3790

The reason I need the copies is:

Research and citation of authority for the Judicial Review in Howard County Circuit Court

Attached is an affidavit showing I cannot afford to pay for the copies.

_Jerome Wilson_
(signature)

Jerome Wilson #301416
(printed name)

7555 Waterloo Road
(address)

Jessup, MD 20794

U.S. District Court (Rev. 12/2000)

## AFFIDAVIT IN SUPPORT OF MOTION FOR COPY WORK

I, __Jerome Wilson__, declare that because of my poverty, I am unable to pay the costs of the copies I have requested.

In support, I answer the following questions:

1. Are you presently employed, including a prison job or other assignment that results in compensation of any sort?

   (YES)   NO

   a. If you answered YES, list your employer or assignment and the amount of your wages.

   Employer/assignment: __Grounds Keeper__
   Monthly gross wages: __$1.25 per day; Monday-Friday__

   Monthly net wages: __Approximately $26.00__

   b. If you answered NO, state the date of your last employment or assignment, the name of your employer or assignment, and the amount of wages you received.

   Date: _____

   Employer/assignment: _____
   Monthly gross wages: _____
   Monthly net wages: _____

2. Within the past twelve months have you received any income from: 1) settlements, judgments, or monetary awards from a court; 2) Social Security, public assistance, workers' compensation or disability payments; 3) a business, profession or other form of self-employment; 4) rent, interest or dividends; 5) retirement, annuity, pension, or insurance payment; 6) gifts or inheritances; 7) or any other sources?

   YES   (NO)

U.S. District Court (Rev. 12/2000)

If you answered YES, list the amount received, date it was received, and the source.

Amount             Date received          Source

_____      _____          _____

_____      _____          _____

_____      _____          _____

3. How much money do you have in your prison account? $30.00

4. How much money do you have in checking, savings or other accounts outside of prison? N/A

5. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (not including ordinary household furnishings and clothes)?

   YES         (NO)

   If you answered YES, list the value and describe each item.

   Value              Description

   _____      _____

   _____      _____

   _____      _____

6. List everyone (including businesses and the government) that you owe money and the amount that you owe.

   Creditor           Total debt             Monthly payment

   N/A                _____          _____

   _____      _____          _____

7. List any other major monthly expenses that you are actually paying.

Description | Monthly payment
--- | ---
N/A | 

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

9/10/07
(date)

Jerome Wilson
(signature)