IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELVIN ABDULLAH EL-AMIN, et al.  :
         Plaintiffs  :
           :
v.  : CIVIL ACTION NO. JRH-85-3790
           :
GLUCKSTERN, et al.  :
         Defendants  :

## **O R D E R**

On September 18, 2007, Jerome Wilson, presently detained at the Patuxent Institution in Jessup, Maryland, requested the court provide him a copy of various pleadings in the above-captioned prisoner civil rights action. Mr. Wilson, who seeks the copy work at government expense, was not a party in this case and indicates he wants the pleadings as research for use in an action pending in the Circuit Court for Howard County. He does not indicate the nature of his pending action, or why pleadings in a decades-old closed case would aid him in his state court action.

Accordingly, IT IS this 25th day of September, 2007, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Jerome Wilson's request for copy work at government expense IS DENIED; and

2. The Clerk SHALL MAIL a copy of this order to Mr. Wilson at 7555 Waterloo Road, Jessup, Maryland 20794.

/s/
Richard D. Bennett
United States District Judge